UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPONSO RAMON CLARK, | No. 2:20-cv-0432 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a former county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. After the court ordered the United States Marshal to serve the complaint on defendant Burger, process was returned unserved because the sheriff's department does not have an employee by that name. ECF No. 18. By order filed August 13, 2021, plaintiff was given sixty days to provide additional information for service and instructed to "promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff." ECF No. 19 at 1. He was also advised that if access to the information as denied or unreasonably delayed, he could seek judicial intervention. <u>Id.</u> Plaintiff has now filed a response to the order stating that he has no way of locating defendant Burger and is seeking judicial intervention.[1] ECF No. 20. He also requests that his deadline to

---

[1] Plaintiff also states that he did not mention a defendant White in his complaint. ECF No. 20. (continued)

1

provide additional information be extended to January 1, 2022, because he will be back in Sacramento County Jail at that time and will have a better chance of locating defendant Burger. Id.

Plaintiff has not shown that he has made any attempts to identify defendant Burger through public records requests or by any other means and has therefore failed to show good cause why he cannot provide additional information about the defendant.  He also has not shown that he is being denied information such that judicial intervention would be appropriate.  Finally, plaintiff currently has until October 11, 2021, to provide the court with additional information for service and has not demonstrated that good cause exists at this time to further extend the deadline.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for judicial intervention and an extension of time to provide service information, ECF No. 20, is DENIED.

2.  Plaintiff has until October 11, 2021, to provide additional information for service of defendant Burger.

3.  If plaintiff is unable to provide additional information for service on defendant Burger, he must show good cause in writing why he cannot provide such information.

4.  Failure to provide additional information or show good cause why such information cannot be provided will result in a recommendation that this action be dismissed.

DATED: August 31, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

Although the August 13, 2021 Order included a referred to a "defendant White," that reference was in error and should be disregarded.

2